UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JAMES LEUBNER** | : | **CIVIL ACTION NO. 2:25-cv-00030** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **GARY GUILLORY** | : | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 11] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's Motion to Remand [doc. 5] be **GRANTED** and the instant case be **REMANDED** to the 14th Judicial District Court, Calcasieu Parish, Louisiana.

**IT IS FUTHER ORDERED** that plaintiff's Motion for Attorney Fees and Costs [doc. 5] is **DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 3rd day of November, 2025.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**